# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ATG TRUST COMPANY,** : | |
| Plaintiff, : | |
| v. : | **CIVIL ACTION NO. 17-0646** |
| : | |
| **JAN R. SCHLICHTMANN,** *et al.*, : | |
| Defendants. : | |

## ORDER

**AND NOW,** this 6th day of June 2018, upon consideration of Defendants' Motion for Summary Judgment [Doc. No. 68], Plaintiff's Motion for Summary Judgment [Doc. No. 69], the responses and replies thereto, and in accordance with the Memorandum Opinion issued this day, it is hereby **ORDERED** that the Motions [Doc. Nos. 68, 69] are **DENIED**.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**